John P. Brennan (SBN 171662)
Attorney At Law
Brennan Wise Law Group, LLP
901 H Street Suite 200
Sacramento, California  95814
Telephone: (916) 498-1776
Fax:       (916) 442-8474
jp@brennanwise.com

Attorney for Defendant
RICHARD JAMES DITZEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-08-203 LKK |
| | ) |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **SELF SURRENDER DATE** |
| v. | ) |
| | ) DATE: September 5, 2008 |
| | ) TIME: N/A |
| RICHARD JAMES DITZEL. | ) JUDGE: HON. Lawrence K. |
| | )        Karlton |
| | ) |
| Defendants. | ) |

_____

It is hereby stipulated between the parties hereto that the date for the self surrender of this defendant shall be continued to the date of September 22, 2008. The defendant is diagnosed HIV positive, which at the moment is under control. As addressed by physician, failure to continue his daily regimen and close medical attention could result in serious exacerbation and can place his life at risk. We are currently awaiting final medical documentation from Kaiser, requested by U.S. Marshall Services, for safe placement into Bureau of Prisons.

DATED: September 8, 2008.                    Respectfully submitted,

                                             JOHN P. BRENNAN, ESQ.

Agreement to extend date for self surrender

```
                                /s/ JOHN P. BRENNAN
                                JOHN P. BRENNAN
                                Attorney for RICHARD J. DITZEL

                                McGREGOR W.  SCOTT
                                United States Attorney


   DATED: September 8, 2008.   /S/BEJAMIN J. WAGNER for:
                                COURTNEY LINN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

# O R D E R

**IT IS SO ORDERED.** All other orders, terms and conditions of the defendants release shall remain in full force and effect.

DATED: September 8, 2008

```
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```

Stip on self surrender #2                 2