UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                          RE:    Richard James DITZEL
                                 Docket Number:   2:08CR00203-01
                                 **<u>APPROVAL TO FILE CHAPTER 7 BANKRUPTCY</u>**

Your Honor:

On August 5, 2008, Mr. Ditzel was sentenced to 33 months Bureau of Prisons, followed by a 60-month term of supervised release following convictions for two counts of 18 USC 657 - Credit Union Embezzlement (Class B felonies).

On April 3, 2010, Mr. Ditzel was released from custody and began his term of supervised release. One of his special conditions of supervision states that he shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution ordered by this judgment is paid in full, unless the defendant obtains approval of the Court. The offender is asking for approval to file Chapter 7 bankruptcy. While Mr. Ditzel was incarcerated, his partner was unable to meet all of their financial responsibilities including their house payment. To avoid foreclosure of their home and after seeking legal advice, it was determined that filing Chapter 7 bankruptcy would be the appropriate course of action. Mr. Ditzel does realize the $478,992 restitution ordered in this criminal case cannot be dismissed in any bankruptcy proceedings. Mr. Ditzel has been instructed to provide documentation of any bankruptcy proceedings.

                                Respectfully submitted,

                                /s/ Cynthia J. Mazzei
                              **CYNTHIA J. MAZZEI**
                              **Senior United States Probation Officer**

RE:     Richard James DITZEL
        Docket Number:   2:08CR00203-01


Dated:      April 19, 2010
            Sacramento, California
            CJM/sc


**REVIEWED BY:**     /s/ Joe Glaspie for KMS
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

Attachment(s)

cc:     To be assigned
        Assistant United States Attorney

        John P. Brennan
        Defense Counsel

_____

**THE COURT ORDERS:**

[ ✔ ]  The offender is approved to file Chapter 7 bankruptcy.

[   ]  The offender is not approved to file Chapter 7 bankruptcy.

[   ]  Other:

_____          April 21, 2010
**LAWRENCE K. KARLTON**                            DATE
Senior United States District Judge